# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bruce R. Thompson | Docket No. | 2:11CR00064-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Bruce R. Thompson who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 29th day of April 2011, under the following conditions:

**Special Condition #22:** Defendant shall not have access to the Internet, including cell phones with Internet access.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Bruce R. Thompson is considered in violation of his conditions of pretrial release by accessing the Internet through the use of a video gaming system on and before August 17, 2011.

The evidence for the alleged violation is as follows: On August 17, 2011, the undersigned officer, along with USPO Erik Carlson, met with the defendant at his residence to complete a home visit and inspect the location monitoring equipment. During a walk through of the residence, the undersigned officer noticed the defendant was playing a video game utilizing a gaming system called the X-Box, which appeared to be connected by a phone cord to the back of a home computer system. The defendant was asked if his X-Box was connected to the Internet, at which time he stated "yes."

The defendant was advised his conditions of release prohibited him from accessing the Internet. The defendant asked if this included access to the Internet for video gaming purposes and watching movies using "Netflix." The defendant was advised he was prohibited from any activity which involved the Internet. The defendant advised the undersigned officer he would discuss this matter with his attorney and ask the Court to modify his conditions of release, allowing him to access the Internet for the above-noted purposes.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on: 08/19/2011 |
| by | s/Shawn Kennicutt |
| | Shawn Kennicutt<br>U.S. Probation Officer |

PS-8
Re:  Thompson, Bruce R.
August 19, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

8/19/2011

Date