UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE R. THOMPSON,<br><br>Defendant. | No.  CR-11-0064-RHW<br><br>**ORDER DISMISSING INDICTMENT** |

Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 70, heard on an expedited basis and without oral argument. The Government voluntarily seeks dismissal of the Indictment in this case due to the death of the Defendant on May 16, 2012.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motions for Order Dismissing Indictment, ECF No. 70 and to Expedite, ECF No. 71 are **GRANTED**. The Indictment in the above-captioned matter is **dismissed with prejudice**.

2. Any other pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 3rd day of October, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER DISMISSING INDICTMENT * 1

q:\rhw\acriminal\2011\thompson\dismiss.order.docx